Jason J. RUBERTUS, Respondent
(A08–1258), Relator (A08–
1260),

v.

SCHWAN'S, INC., and Liberty Mutual
Insurance Company, Relators (A08–
1258), Respondents (A08–1260),

and

D & G Excavating, Inc., and SFM
Mutual Insurance Company,
Respondents,

and

Buchholtz Construction, Inc., and
Acuity Mutual Insurance
Company, Respondents,

and

Blue Cross/Blue Shield of Minnesota,
and Lincoln, Lyon and Murray Coun-
ty Human Services, and Minnesota
Department of Human Services, Inter-
venors.

Nos. A08–1258, A08–1260.

Supreme Court of Minnesota.

Oct. 29, 2008.

Luke M. Seifert, Laura A. Moehrle,
Quinlivan & Hughes, P.A., St. Cloud, MN,
for relator Jason J. Rubertus.

Robin D. Simpson, Michael C. Greger-
son, Aafedt, Forde, Gray, Monson & Hag-
er, P.A., Minneapolis, MN, for relators
Schwan's, Inc., and Liberty Mutual Insur-
ance Company.

Andrew W. Lynn, Lynn, Scharfenberg
& Associates, Minneapolis, Minnesota, for
respondents D & G Excavating, Inc., and
SFM Mutual Insurance Company. Thom-
as L. Cummings, Jardine, Logan &
O'Brien, P.L.L.P., for respondents Buch-

holtz Construction, Inc., and Acuity Mutu-
al Insurance Company.

ORDER

Based upon all the files, records, and
proceedings herein,

IT IS HEREBY ORDERED that these
appeals are consolidated for purposes of
consideration.

IT IS FURTHER ORDERED that the
decision of the Workers' Compensation
Court of Appeals filed July 1, 2008, be, and
the same is, affirmed without opinion. *See*
*Hoff v. Kempton*, 317 N.W.2d 361, 366
(Minn.1982) (explaining that "[s]ummary
affirmances have no precedential value be-
cause they do not commit the court to any
particular point of view," doing no more
than establishing the law of the case).

Employee is awarded $1,200 in attorney
fees (A08–1258).

BY THE COURT:

/s/Alan C. Page
Associate Justice